# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2131
LT Case No. 2022-CF-037124-A

_____

CHRISTOPHER MICHAEL
OSBORNE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On Appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee.

April 12, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____